1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2  JEREMY S. KROGER, Bar # 258956
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  JORGE ERNESTO GOMEZ-CHAIDEZ

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,        )  Case No. 1:11-cr-00182 AWI
                                     )
12             Plaintiff,            )  STIPULATION TO CONTINUE STATUS
                                     )  CONFERENCE HEARING;
13      v.                           )  ORDER THEREON
                                     )
14  JORGE ERNESTO GOMEZ-CHAIDEZ,     )  Date:  August 22, 2011
                                     )  Time:  9:00 a.m.
15             Defendant.            )  Dept : Hon. Anthony W. Ishii
    _____)
16

17      IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

18  attorneys of record herein, that the status conference hearing in the above-referenced action now scheduled

19  for August 8, 2011, **may be continued to August 22, 2011, at 9:00 a.m.**

20      This continuance is requested by the parties to allow additional time for further plea negotiations.

21  The requested continuance will conserve time and resources for all parties and the court.

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

1 The parties agree that the delay resulting from the continuance shall be excluded in the interests of
2 justice, including but not limited to, the need for the period of time set forth herein for further defense
3 preparation pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

McGREGOR W. SCOTT
United States Attorney

DATED: August 4, 2011      /s/ Jared Renfro
JARED RENFRO
Special Assistant United States Attorney
Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: August 4, 2011      /s/ Jeremy S. Kroger
JEREMY S. KROGER
Assistant Federal Defender
Attorney for Defendant
Jorge Ernesto Gomez-Chaidez


**O R D E R**

**IT IS SO ORDERED.** Time is excluded in the interests of justice pursuant to 18 U.S.C.
§§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

Dated:   August 5, 2011

CHIEF UNITED STATES DISTRICT JUDGE